**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**------------------------------------------------------------X**
**UNITED STATES OF AMERICA,**

                                                     **18 CR 316 (PAC)**

   **-against-**

                                                     <u>**NOTICE OF MOTION**</u>

**MATTHEW BRADY, *et al.*,**

                    **Defendants.**
**------------------------------------------------------------X**

      PLEASE TAKE NOTICE that upon the accompanying memorandum and supporting exhibits, defendant Matthew Brady hereby move this Court, before Hon. Paul A. Crotty, for an order granting compassionate release per 18 U.S.C. § 3582 or further relief as this Court may deem just and proper.

Dated:       New York, NY
                April 8, 2020

                                                  Respectfully submitted,

                                                        /S/
                                                 _____
                                                 Robert Caliendo, Esq.
                                                 810 Seventh Ave., Ste. 620
                                                 New York, NY 10019
                                                 (917) 689-0114
                                                 rc@caliendo-law.com

                                                 *Attorney for Matthew Brady*

TO:   Hon. Paul A. Crotty
         Daniel Patrick Moynihan
         United States Courthouse
         500 Pearl St.
         New York, NY 10007-1312

AUSA Daniel C. Richenthal
AUSA Tara M. LaMorte
AUSA Robert B. Sobelman
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007

4/13/2020

While the exhaustion requirements can be waived, Brady's case does not merit a departure. His conditions do not seem that serious and there is nothing about the current conditions at Lexington that justify such a departure. In these circumstances a departure from the statutory scheme is not merited.  18 U.S.C. § 3582(c)(1)(a).

SO ORDERED

*[signature: Paul A. Crotty]*